**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **MICHAEL J. BLONDER,** | : | |
| **BRADLEY G. JOHNSON,** | : | |
| **FOCUS LAND INVESTORS,** | : | |
| **LLC, and FOCUS** | : | |
| **DEVELOPMENT, INC.,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION** |
| | : | **FILE NO.  1:12-cv-01833-WSD** |
| | : | |
| **ILLINOIS UNION INSURANCE** | : | |
| **COMPANY,** | : | |
| | : | |
| **Defendant.** | : | |
| _____: | | |

### RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiffs MICHAEL J. BLONDER, BRADLEY G. JOHNSON, FOCUS LAND INVESTORS, LLC and FOCUS DEVELOPMENT, INC., (collectively referred to as "Plaintiffs") and ILLINOIS UNION INSURANCE COMPANY, ("Defendant") (collectively referred to as "the Parties"), by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and stipulate to the dismissal of this action against all parties with prejudice.  Each party shall bear its own costs.

Respectfully submitted, this the 21st day of August, 2012.

FRIEDMAN, DEVER & MERLIN, LLC          COZEN O'CONNOR

**/s/ H. Michael Dever** *by JAKC with*          **/s/ Jennifer A. Kennedy-Coggins**
*express permission*                              Jennifer A. Kennedy-Coggins
H. Michael Dever                                 Georgia Bar No. 141577
Georgia Bar No. 219785                           Suite 2200, SunTrust Plaza
Genevieve H. Dame                                303 Peachtree Street, NE
Georgia Bar No. 142229                           Atlanta, GA 30308
5555 Glenridge Connector, NE                     Telephone: 404-572-2000
Suite 95, Glenridge Highlands                    Facsimile:  404-572-2199
Atlanta, GA 30342-4728                           E-mail: jkennedy-coggins@cozen.com
Telephone:
Facsimile:                                       Of Counsel:
E-mail:
                                                 Angelo G. Savino
*Counsel for Plaintiffs*                         Cozen O'Connor
                                                 Admitted *pro hac vice*
                                                 45 Broadway Atrium
                                                 Suite 1600
                                                 New York, New York 10006
                                                 Telephone:  (212)509-9400
                                                 Facsimile:  (212)509-9492
                                                 E-mail:  asavino@cozen.com

                                                 *Counsel for Defendant Illinois Union*
                                                 *Insurance Company*

CERTIFICATION:  The above-signed counsel hereby certifies that this document
was prepared in Times New Roman 14-point font and a 1.5 inch top margin in
accordance with LR 5.1B, N.D.Ga.

ATLANTA\265066\1 321931.000

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **MICHAEL J. BLONDER,** | : |
| **BRADLEY G. JOHNSON,** | : |
| **FOCUS LAND INVESTORS,** | : |
| **LLC, and FOCUS** | : |
| **DEVELOPMENT, INC.,** | : |
| | : |
| **Plaintiffs,** | : |
| | : |
| **v.** | :    **CIVIL ACTION** |
| | :    **FILE NO.  1:12-cv-01833-WSD** |
| | : |
| **ILLINOIS UNION INSURANCE** | : |
| **COMPANY,** | : |
| | : |
| **Defendant.** | : |
| _____: | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2012, I electronically filed RULE 41
STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of Court
using the CM/ECF system which will automatically send e-mail notification of
such filing to the following attorneys of record:

> H. Michael Dever
> Genevieve H. Dame
> FRIEDMAN, DEVER & MERLIN, LLC
> 5555 Glenridge Connector, NE
> Suite 95, Glenridge Highlands
> Atlanta, GA 30342-4728

ATLANTA\265066\1 321931.000

Respectfully submitted,


**/s/ Jennifer A. Kennedy-Coggins**
Jennifer A. Kennedy-Coggins
Georgia Bar Number 141577
Cozen O'Connor
Suite 2200, SunTrust Plaza
303 Peachtree Street, NE
Atlanta, Georgia 30308
Telephone: (404) 572-2000
Facsimile:  (404) 572-2199
jkennedy-coggins@cozen.com
*Counsel for Defendant Illinois Union*
*Insurance Company*

4